This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JP MORGAN CHASE BANK,**
**NATIONAL ASSOCIATION,**

   **Plaintiff-Appellee,**

**v.**                                                          **No. 33,466**

**ALAN R. LUCIO,**

   **Defendant-Appellant,**

**and**

**CORAZON AT CABEZON**
**HOMEOWNERS' ASSOCIATION,**
**INC.,**

   **Defendant.**

**APPEAL FROM THE DISTRICT COURT OF SANDOVAL COUNTY**
**George P. Eichwald, District Judge**

Castle Law Group LLC
Elizabeth Mason
Albuquerque, NM

for Appellee

Alan R. Lucio
Rio Rancho, NM

Pro se Appellant

# MEMORANDUM OPINION

**FRY, Judge.**

{1}     Summary reversal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.  **REVERSED.**

{2}     **IT IS SO ORDERED.**

_____

**CYNTHIA A. FRY, Judge**

**WE CONCUR:**

_____
**RODERICK T. KENNEDY, Chief Judge**

_____
**JONATHAN B. SUTIN, Judge**